UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re                                      Case No. 14-58555
                                            Chapter 13

Robin Crowell                    Judge: Phillip J. Shefferly

        Debtor
_____/

**ORDER TO ALLOW DEBTOR TO ENTER A LOAN MODIFICATION AGREEMENT
WITH WELLS FARGO HOME EQUITY**

        This matter having come before the Court upon Debtor's Motion to Allow Debtor to Enter a Loan Modification Agreement with Wells Fargo Home Equity and the court being fully advised on the premises:

        IT IS HEREBY ORDERED:

1.     Debtor's Loan Modification with Wells Fargo is approved as follows:
    a)     Effective April 27, 2015, the outstanding principal balance under the Mortgage Loan is $61,636.47; the maturity date of the Mortgage Loan is October 20, 2042.
    b)     Fixed interest rate of 3.63% effective April 27, 2015 for 60 months, interest rate of $4.63% effective April 21, 2020 for 12 months, and interest rate of 5.63% effective April 21, 2021 for 258 months.
    c)     Effective April 27, 2015, Debtors' ongoing Class 2 mortgage payment shall be $295.52 monthly commencing April 27, 2015 for 60 months, principal and interest payments of $324.94 monthly commencing April 21, 20120 for 12 months, and principal and interest payments of $354.87 monthly commencing April 21, 2021 for 258 months.
    d)     The property securing this mortgage is located at 9101 E. Walden Dr., Belleville, MI 48111.

2.     Debtor shall make these payments directly as is consistent with the terms of Debtor's confirmed plan as modified herein.

3.     Except as modified in this Order, the terms and conditions of the Loan and Mortgage documents between Debtor and Creditor shall remain in full force and effect.

4.     The treatment of the claim of Creditor in Debtor's Chapter 13 Plan as confirmed (and as modified, if at all) is modified as necessary to comply with the provisions of this Order, including but not limited to, the change in Creditor's Class 2 mortgage payment.

5. Entry of this Order is without prejudice to debtor filing any further plan modification that debtor deems appropriate.

.

**Signed on July 05, 2015**

                                        **/s/ Phillip J. Shefferly**
                                        **Phillip J. Shefferly**
                                        **United States Bankruptcy Judge**