| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Robin Denise Crowell |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Eastern District of Michigan (Detroit) | |
| Case number | 14-58555 |

**Official Form 410S1**

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Wells Fargo Bank, N.A.  
**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 2314

**Date of payment change:** Must be at least 21 days after date of this notice — 02/01/2016  
**New total payment:** Principal, interest, and escrow, if any — $1,078.90

**Uniform Claim Identifier:** WFCMGE1458555MIE10482314

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☑ No  
☐ Yes — Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____     New escrow payment: _____

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No  
☑ Yes — Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

| | | | |
|---|---|---|---|
| Current interest rate: | 2.875% | New interest rate: | 3.125% |
| Current principal and interest payment: | $1,055.89 | New principal and interest payment: | $1,078.90 |

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No  
☐ Yes — Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____     New mortgage payment: _____

| | | | |
|---|---|---|---|
| Debtor 1 | Robin Denise Crowell | Case number (if known) | 14-58555 |

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Erin Holliday                          Date  12/16/2015
VP Loan Documentation

Print: Erin Holliday                         Title  VP Loan Documentation

Company   Wells Fargo Bank, N.A./Wells Fargo Home Mortgage       Specific Contact Information:
Address   MAC X7801-014                                          P: 800-274-7025
          3476 Stateview Blvd.                                   E: NoticeOfPaymentChangeInquiries@wellsfargo.com
          Fort Mill, SC 29715

Official Form 410S1    14-58555-pjs    Doc 46    Filed 12/16/15    Entered 12/16/15 12:29:00    Page 2 of 5
                                       Notice of Mortgage Payment Change                              page 2
824590-1c3e9bbd-2ff1-4651-9519-9595e7d66148-

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan (Detroit)

Chapter 13 No. 14-58555

In re:

Judge: Judge Phillip J Shefferly

Robin Denise Crowell

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

| | |
|---|---|
| Debtor: | Robin Denise Crowell<br>9101 Walden Drive East<br>Belleville, MI 48111 |
| Debtor's Attorney: | Darryl J. Chimko<br>Chimko & Associates, P.C.<br>2567 Metropolitan Parkway<br>Suite 100<br>Sterling Heights, MI 48310 |
| Trustee: | David Wm Ruskin<br>26555 Evergreen Rd Ste 1100<br>Southfield, MI 48076-4251 |

/s/ Bill Taylor

Authorized Agent

*WELLS FARGO HOME MORTGAGE*
*RETURN MAIL OPERATIONS*
*PO BOX 14472*
*DES MOINES, IA 50306*

| WELLS FARGO | HOME MORTGAGE |

| Account Information | |
|---|---|
| Fax: | (866) 278-1179 |
| Telephone: | (866) 234-8271 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 6 a.m. - 10 p.m., |
| | Sat, 8 a.m. - 2 p.m., CT |
| Loan Number: | ▮▮▮▮▮▮▮▮ |
| Property Address: | 9101 Walden Drive Ea |
| | Belleville MI 48111 |

ROBIN D CROWELL
9101 WALDEN DRIVE EAST
BELLEVILLE, MI 48111

November 20, 2015

| | Changes to Your Mortgage Interest Rate and Payments on February 1, 2016. | |
|---|---|---|

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a twelve month period during which your interest rate stayed the same. That period ends on January 1, 2016, so on that date your interest rate changes. After that, your interest rate may change every twelve months for the rest of your loan term.

| | Current Interest Rate and Monthly Payment | New Interest Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 2.87500% | 3.12500% |
| Principal | $608.96 | $596.28 |
| Interest | $446.93 | $482.62 |
| Total Monthly Payment | $1,055.89 | $1,078.90 (due February 1, 2016) |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". We round the result of this addition to the nearest one eighth of one percentage point (0.12500%). Under your loan agreement, your index rate is 0.93235% and your margin is 2.25000%. Your "One-Year Libor" index is published daily by the Wall Street Journal.

**Interest Rate Limits:** Your interest rate cannot go higher than 10.12500% during the life of the loan. Your interest rate cannot go lower than 2.25000% during the life of the loan. Your interest rate can increase on this Change Date by no more than 2.00000%. Your interest rate can decrease on this Change Date by no more than 2.00000%.

**New Interest Rate and Payment:** The table above shows your new interest rate and new monthly payment. The new payment is based on your "One-Year Libor" index, your margin, your interest bearing balance of $185,324.68, and your remaining loan term of 228 months.

| Account Information |
|---|
| Loan Number: ▉▉▉▉▉▉▉ |
| Property Address: 9101 Walden Drive Ea<br>Belleville MI 48111 |

**Changes to Your Mortgage Interest Rate and Payments on February 1, 2016.**

<u>**Prepayment Penalty:**</u>  None.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.